[No. 19018-4-II.   Division Two.   March 1, 1996.]

BONNIE MAE FERGUSON, *Appellant*, v. CITY OF FIFE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-04463-9, Terry D. Sebring, J., entered June 7, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Turner, J.

[Nos. 30324-4-I; 30323-6-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HOWARD DAVIS, *Appellant.*

*In the Matter of the Personal Restraint of* WILLIAM HOWARD DAVIS, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-05006-2, William L. Downing, J., entered March 17, 1992. *Dismissed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Agid, J.

[No. 33114-1-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN D. WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-00872-1, Deborah Fleck, J., entered July 26, 1993 and March 8, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Ellington, JJ.